M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

__Todd Herring #56864__                       )
Full name and prison name of                   )
Plaintiff(s)                                   )
                                               )
v.                                             )   CIVIL ACTION NO. 1:08 CV 399 -TMH
                                               )   (To be supplied by Clerk of U.S. District
__Houston County Jail__                        )    Court)
__Officer - Shelly__                           )
__Officer - leary__                            )
_____                )
_____                )
                                               )
Name of person(s) who violated your            )
constitutional rights. (List the names         )
of all the person.)                            )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____None_____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county)

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Houston County Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Houston County Jail I-Pod_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Houston County Jail   901 E. Main Street Dothan, AL 36301
2. Officer - Shelly
3. Officer - Leary
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _4-15-08_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I wrote numerous request stating I was concerned for my saftey in the area I was in, and nothing was done for days._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I wrote request on 4-12-08, stateing I was in fear something bad could happen to me if I was not moved, Nothing was Done. On 4-14-08, I wrote another request stateing, I was in fear of my life, that there had been threats made against me, again nothing was Done. On 4-15-08, I wrote another request stating that I was in fear of my life.

GROUND TWO: _____

SUPPORTING FACTS: They finally came on 4-15-08 after lockdown, and placed me on P.C. "Pertective Costody". Officer Shelly, I believe it was, neglected to secure my Door, and another Inmates Door, now this was in same Pod I requested to be moved from, the inmate came in on me, attacked me, injured my neck and Back, which is still causing me alot of Pain. Pictures were taken of my injuries

GROUND THREE: and of my Attackers Hands. I was then taken to Southeast AL Medical Center for exrays, the doctor said nothing was broken, but my neck and Back were bruised real Bad. I was

SUPPORTING FACTS: put on Muscle relaxers and pain Medication I have all three copies to the requests that I wrote

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like legal repersentation to assist me on this lawsuit on Grounds of neglect, of my injuries. I would like to ~~compensated~~ be compensated for my pain and suffering, because Jail officials neglected to sercure my door while I'm in there Pertective Costody. I would like compensation for the Pain I'm still in Today, and my Medical Bills.

*Todd Herring*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-17-08
(Date)

*Todd Herring*
Signature of plaintiff(s)

# INMATE GRIEVANCE FORM

DATE: 5-25-08, 2005    POD/CELL LOCATION: J-8

INMATE NAME: ~~Bradley~~ Todd Herring    INMATE NUMBER: 56864

NATURE OF GRIEVANCE OR INFORMATION: I've wrote three request in last three weeks for an Account summary that I need for legal Matters And recieved nothing

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I need a certified statement showing all receipt, expenditures, and Balances during the last 3 month's in my institutional accounts, for legal Matters

Thank You,

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE REQUEST FORM

INMATE NUMBER: 56864   INMATE NAME: Todd Herring

DATE: 5-22-08   POD/CELL LOCATION: J-8   C/O RECEIVING: N Culy

TO: RECORDS & DOCKET / MEDICAL / (COMMISSARY) / SGT. ON DUTY / PROPERTY / CHAPLAIN

TO: C/O WALKER

**RECORDS / DOCKET (INFORMATION NEEDED):**

[ ] COURT DATE _____

[ ] JUDGE NAME _____

[ ] ATTORNEY NAME _____

[ ] ATTORNEY ADDRESS _____

[ ] CITY / STATE / ZIP _____

[ ] ATTORNEY PHONE # _____

[ ] CASE NUMBER(S) _____

_____

_____

**COMMISSARY (INFORMATION NEEDED):**

[ ] ACCOUNT BALANCE _____

[✓] ACCOUNT SUMMARY _____

[ ] AMOUNT OWED TO MEDICAL _____

[ ] OTHER INFORMATION _____

_____

**TELEPHONE SERVICES:**

[ ] RESET GREETING _____

[ ] CLEAR PAN NUMBERS _____

[ ] NUMBER NOT WORKING PROPERLY

ACTION TAKEN: _____

**MEDICAL SERVICES: (BE SPECIFIC)**

_____

_____

_____

**PROPERTY SERVICES: (BE SPECIFIC)**

_____

_____

_____

**CHAPLAIN SERVICES: (BE SPECIFIC)**

_____

_____

_____

_____

**OTHER SERVICES NEEDED: CIRCLE**

FINGERNAIL CLIPPERS

LAW LIBRARY

APPLYING FOR INMATE WORKER STATUS

OTHER: _____

**ADDITIONAL ACTION TAKEN:** _____

_____

_____

_____

# INMATE REQUEST FORM

**INMATE NUMBER:** 56864  **INMATE NAME:** Todd Herring

**DATE:** 5-17-08  **POD/CELL LOCATION:** J-12  **C/O RECEIVING:** _____

**TO:** RECORDS & DOCKET / MEDICAL /(COMMISSARY)/ SGT. ON DUTY / PROPERTY / CHAPLAIN

**RECORDS / DOCKET (INFORMATION NEEDED):**

[ ] COURT DATE _____

[ ] JUDGE NAME _____

[ ] ATTORNEY NAME _____

[ ] ATTORNEY ADDRESS _____

[ ] CITY / STATE / ZIP _____

[ ] ATTORNEY PHONE # _____

[ ] CASE NUMBER(S) _____

_____

_____

**MEDICAL SERVICES: (BE SPECIFIC)**

_____

_____

_____

**CHAPLAIN SERVICES: (BE SPECIFIC)**

_____

_____

_____

_____

**COMMISSARY (INFORMATION NEEDED):**

[ ] ACCOUNT BALANCE _____

[✓] ACCOUNT SUMMARY _____

[ ] AMOUNT OWED TO MEDICAL _____

[ ] OTHER INFORMATION _____

_____

**TELEPHONE SERVICES:**

[ ] RESET GREETING _____

[ ] CLEAR PAN NUMBERS _____

[ ] NUMBER NOT WORKING PROPERLY

**ACTION TAKEN:** _____

**PROPERTY SERVICES: (BE SPECIFIC)**

_____

_____

_____

**OTHER SERVICES NEEDED: CIRCLE**

**FINGERNAIL CLIPPERS**

**LAW LIBRARY**

**APPLYING FOR INMATE WORKER STATUS**

**OTHER:** _____

**ADDITIONAL ACTION TAKEN:** _____

_____

_____

_____

Case 1:08-cv-00099-MHT-CSC Document 11-1 Filed 05/29/2008 Page 8 of 7

Todd Herring
#528864 J-Pod
901 E. Main Street
Dothan, AL 36301

LEGAL MAIL



Office of The Clerk
UNITED STATES District Court
P.O. Box 711 Montgomery, AL
36101-0711