IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TODD HERRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:08cv399-TMH |
| ) | (WO) |
| HOUSTON COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 30, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED as follows:

1.	The plaintiff's claims against the Houston County Jail be and are hereby dismissed with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

2.	The Houston County Jail be and is dismissed as a party in this cause of action.

3.	This case, with respect to the plaintiff's claims against defendants Shelly and Leary, be and are hereby referred back to the Magistrate Judge for further proceedings.

Done this 18th day of June, 2008.

	/s/ Truman M. Hobbs
	TRUMAN M. HOBBS
	SENIOR UNITED STATES DISTRICT JUDGE