IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TODD HERRING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 1:08-CV-399-TMH |
| | ) | |
| | ) | |
| OFFICER SHELLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| TODD HERRING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 1:08-CV-443-TMH |
| | ) | (WO) |
| | ) | |
| HOUSTON COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the evidentiary materials submitted by the defendants (Attach. to Doc. No. 32, Defs' Exh. G), it is

ORDERED that the defendants shall, on or before February 5, 2010, redact all personally identifying information in accordance with the E-Government Act of 2002, as amended August 2, 2002, and M.D. Ala. General Order No. 2:04mc3228. *See*

FED.R.CIV.P. 5.2.

Done this 26th day of January, 2010.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE