IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TODD HERRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08-cv-399-TMH |
| ) | |
| OFFICER SHELLY, et al., ) | |
| ) | |
| Defendants. ) | |

_____

| | |
|---|---|
| TODD HERRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08-cv-443-TMH |
| ) | (WO) |
| ) | |
| HOUSTON COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the

ORDER, JUDGMENT, and DECREE of the court that judgment be and is hereby

entered in favor of the defendants and against the plaintiff and that this case be and is hereby

DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 3rd day of March, 2010.

        /s/ Truman M. Hobbs

        _____
        TRUMAN M. HOBBS
        SENIOR UNITED STATES DISTRICT JUDGE